**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**BRUCE MURRAY**                                                              **PLAINTIFF**

**v.**                                Case No. **2:18-cv-63 KGB**

**MORRIS MCNUTT, in his
individual and official capacities**                          **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Bruce Murray's claims under 42 U.S.C. § 1983 and the Arkansas Civil Rights Act of 1993 ("ACRA"), Arkansas Code Annotated §16-123-101, *et seq.*, alleging deprivation of his Fourth and First Amendment rights against defendant Deputy Morris McNutt in his official capacity are dismissed without prejudice. Mr. Murray's claims under §1983 and the ACRA against Deputy McNutt in his individual capacity are dismissed with prejudice. Mr. Murray's Arkansas malicious prosecution claim is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over any of Mr. Murray's remaining state law claims.

It is so adjudged this 24th day of October, 2019.

_____
Kristine G. Baker
United States District Judge